UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:17-CR-177-1 |
| | § | |
| JORDAN ABE CHAVIRA | § | |

**FINAL JUDGMENT OF DEFAULT OF THE SECURITY FOR THE APPEARANCE BOND**

The Court has considered the motion of the United States of America for Judgment Of Default Of The Security for the Appearance Bond of defendant, JORDAN ABE CHAVIRA, in the above-captioned case, and after having considered the pleadings, evidence and argument of counsel thereon, the Court makes the following findings of fact and enters the following judgment:

It appearing to the Court and the Court so finds that there has been a breach of a condition of the Appearance Bond of JORDAN ABE CHAVIRA, principal, executed on March 14, 2017.

On May 22, 2017, a pretrial violation petition was filed alleging that Defendant had failed to comply with conditions of his pretrial release. An arrest warrant was issued and Defendant was arrested in Colorado.

On August 7, 2017, the defendant, JORDAN ABE CHAVIRA, appeared before Magistrate Judge Jason B. Libby, for an initial appearance for a Show Cause Hearing. Defendant did not contest the allegations in the pretrial petition and was remanded pending sentencing.

A written Motion for Judgment of Default Of The Security Of The Appearance Bond was filed on February 26, 2018, and a copy of same was sent to the defendant JORDAN ABE CHAVIRA and Myrna Andrade DeLeon's last known address by certified mail by the United States District Clerk.

It is therefore ORDERED, ADJUDGED AND DECREED, that the United States of America have judgment of default of the security for the appearance bond of the defendant, JORDAN ABE CHAVIRA, and that the United States do have and recover from the defendant, JORDAN ABE CHAVIRA, the sum of $1,000.00. That the defendant, JORDAN ABE CHAVIRA, having deposited in the registry of the Court the amount of $1,000.00; it is further ORDERED that the Clerk of this Court issue a Registry Check in the sum of $1,000.00 payable to the Treasury of the United States, and that said check be deposited to the appropriate account in the Treasury of the United States to be credited against the total amount of this bond forfeiture.

It is further ORDERED that the United States have execution thereon against the defendant JORDAN ABE CHAVIRA, as well as all other writs and process available and necessary to collect the costs of obtaining this judgment.

ORDERED this 21st day of May, 2018.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE